UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIE DEYOUNG-EISENHARDT,

    Plaintiff,

Case No. 1:09-CV-174

v.

HON. GORDON J. QUIST

MCDONALD'S CORPORATION,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on January 28, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore, the Court will adopt the Report and Recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Docket #32) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. L. Civ. R. 41.1 for want of prosecution and failure to comply with the rules and orders of this Court.

Dated: March 12, 2010

                                                  /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE